# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| WILLIAM H. MAYBERRY JR., | : No. 90 WAL 2019 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| JACK SOMMERS, SUPERINTENDENT - SCI WAYMART, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2019, the Petition for Allowance of Appeal and the Motion for Default Judgment are **DENIED**.